UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENYANG YING YUN BUSINESS GROUP,<br><br>          Plaintiff,<br><br>     v.<br><br>QUAN KUN INTL. INC., et al.,<br><br>          Defendants. | Case No.  92-cv-03703-MHP   (JST)<br><br>**ORDER REQUESTING ADDITIONAL INFORMATION FROM JUDGMENT CREDITOR**<br><br>Re: ECF Nos. 259, 261, 263 |

The Court is in receipt of applications for renewals of judgment filed by counsel for Judgment Creditor Sheyang Ying Yun Business Group.  The applications were assigned to the undersigned general duty judge.

The Court orders counsel for Judgment Creditor to provide the following additional information to the Court:

- The basis for the applicant's calculation of postjudgment interest, including the source of the applied interest rate and the details of how interest is computed and compounded.  In federal court, "federal law determines the rate of post judgment interest."  Lagstein v. Certain Underwriters at Lloyd's of London, ___ F.3d. ___, Case No. 11-17369, 2013 WL 3970092, at *4 (9th Cir. Aug. 5, 2013) (citing Northrop Corp. v. Triad Int'l Mktg., S.A., 842 F.2d 1154, 1155 (9th Cir. 1988).  The applicable rate and calculation process appears at 28 U.S.C. § 1961.

/ / /
/ / /
/ / /
/ / /
/ / /

1      • Copies of the three judgments entered in this case in 1993, and copies of the three
2        judgment renewals entered in 2003.
3      **IT IS SO ORDERED.**
4   Dated: August 27, 2013



_____
JON S. TIGAR
United States District Judge

2