UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHENYANG YING YUN BUSINESS GROUP,

    Plaintiff,

v.

QUAN KUN INTL. INC., et al.,

    Defendants.

Case No. 92-cv-03703-MHP (JST)

**SECOND ORDER REQUESTING ADDITIONAL INFORMATION FROM JUDGMENT CREDITOR**

The Court orders counsel for Judgment Creditor to provide the following additional information to the Court:

1. The Previous Order requested "[c]opies of the three judgments entered in this case in 1993, and copies of the three judgment renewals entered in 2003." Counsel has submitted copies of the 1993 judgments, but has only submitted his 2003 applications for renewal rather than the renewals themselves. ECF No. 265-1. The Court requires copies of the judgment renewals actually issued by the Court.

2. Former counsel for Judgment Debtor Sophia Liang has filed a notice that Ms. Liang passed away in 2001 (notably, before the previous judgment renewal in this case). ECF No. 266. In light of this, the Court requires an update from the Judgment Creditor explaining whether it withdraws its request for renewal of judgment against Ms. Liang. If the Judgment Creditor seeks a renewal of judgment against Ms. Liang or her estate, counsel shall provide citation to appropriate authority for the request.

**IT IS SO ORDERED.**

Dated: September 19, 2013



_____
JON S. TIGAR
United States District Judge